COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-053-CV

IN THE INTEREST OF D.A.J., D.R.J., AND R.R.J., CHILDREN

----------

FROM THE 355
TH
 DISTRICT COURT OF HOOD COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  April 5, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.